No. 72–5791.  ANGLIN v. CALDWELL, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 72–5792.  McRAE v. BOUNDS ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 72–5893.  HENDERSON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–5895.  EDWARDS v. UNITED STATES MARSHAL. C. A. 4th Cir.  Certiorari denied.

No. 72–5915.  NAVALLEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–5920.  KING v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 72–5921.  STOKES v. UNITED STATES POSTAL SERVICE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 72–5934.  TYSON v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 72–5936.  ROMERO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–5938.  LANDMAN v. CARLSON, DIRECTOR, BUREAU OF PRISONS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 72–5945.  HARDEN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–5946.  RODRIQUEZ-CAMACHO v. UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 72–5957.  LUCAS ET AL. v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.